|  | FILED |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | July 18, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

DARRIUS WOLFE,

       Defendant.

Case No. 2:25-mj-00106-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DARRIUS WOLFE ,

Case No.  2:25-mj-00106-AC , 21 USC § 841(a)(1) , from custody

    x    Release on Personal Recognizance

        Bail Posted in the Sum of $ $

            x    Unsecured Appearance Bond $ 50,000.00

                Appearance Bond with 10% Deposit

                Appearance Bond with Surety

                Corporate Surety Bail Bond

                (Other): Click here to enter text.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 18, 2025 at 2:00 PM.

                By:   */s/ Chi Soo Kim*

                      Magistrate Judge Chi Soo Kim